IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUDY A. RUCKER                                                                                          PLAINTIFF

v.                                            5:07CV00286 -WRW-JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                          DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There have been no objections. After careful review, the Proposed Findings and Recommended Disposition are adopted in their entirety as this Court's findings in all respects.

Therefore, this case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Judgment will be entered accordingly.

IT IS SO ORDERED this 23rd day of December, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE