# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JUDY A. RUCKER**                                                                                    **PLAINTIFF**

**v.**                                     **5:07CV00286 -WRW-JTR**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration**                                                                           **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this day, Judgment will be entered for Plaintiff reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 23rd day of December, 2008.


                                                                /s/Wm. R. Wilson, Jr.
                                                                UNITED STATES DISTRICT JUDGE