IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUDY A. RUCKER                                                                                    PLAINTIFF

v.                                          5:07-CV-00286-WRW-JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                           DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There are no objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition are adopted in their entirety as this Court's findings in all respects.

Based on the Equal Access to Justice Act ("EAJA"), Plaintiff's Motion for Award of Attorney's Fees (Doc. No. 15) is GRANTED. The Commissioner will certify and pay to Mr. Eric L. Worsham, attorney for Plaintiff, $3,961.72 as attorney's fees.

IT IS SO ORDERED this 6th day of February, 2009.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE